# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 27, 2016

## NO. 03-15-00292-CV

**The City of Austin, Appellant**

**v.**

**Jennifer Frame, Individually, and as Personal Representative of the Estate of John William Griffith; Greg Griffith; Cheryl Burris; and Diana Pulido, Appellees**

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
REVERSED AND DISMISSED FOR WANT OF JURISDICTION --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the interlocutory order signed by the trial court on April 27, 2015. Having reviewed the record and the parties' arguments, the Court holds that the trial court lacked jurisdiction to enter its interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and dismisses the appellees' claims for lack of subject matter jurisdiction. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.